THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN FARNSWORTH, Appellant. [987 NYS2d 292]—Motion to dismiss granted. Memorandum: The matters are remitted to Livingston County Court to vacate the convictions and dismiss the indictment and the amended statement of violation dated June 5, 2009 either sua sponte or on application of either the District Attorney or counsel for defendant (see People v Matteson, 75 NY2d 745 [1989]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.